SEPT. 24TH 2015

83,807-01

WRIT NO. WR-83,807-00

TR. CT. NO. W12-56097-P(A)

EX PARTE

PERRY SMART

V.

STATE OF TEXAS

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015
Abel Acosta, Clerk

MEMORANDUM

APPLICANT PERRY SMART WISH TO INFORM THIS COURT THAT HE HAS NOT RECEIVED HIS FILE STAMP COPY OF HIS WRIT OF HABEAS CORPUS FROM DALLAS COUNTY DISTRICT CLERK FELICIA PITRE. THIS DISTRICT CLERK HAS REQUESTED THE AMOUNT OF $85.00 DOLLARS FOR MY RETURN STAMP FILE COPY OF 11.07. I AM INDIGENT AND ENTITLE TO SUCH COPY AT NO COST. THIS MEMORANDUM IS ALSO TO INFORM THE COURTS THAT THE TRIAL COURT 203RD JUDICIAL DISTRICT COURT AND OR DISTRICT CLERK HAS FAILED TO SEND ME A COPY OF THEIR FINDINGS AND RECOMENDATIONS, AND SUPPLEMENTAL RESPONSE TO STATES GENERAL DENIAL. WITHOUT THIS INFORMATION I CANNOT FAIRLY REPLY WITH A REBUTTAL CONCERNING TO MY WRIT. I AM INFORMING THIS COURT OF THIS SITUATION SO THAT IT MAY PROPERLY BE CORRECTED. "THANK YOU FOR YOUR TIME AND SERVICE".

ENCLOSED IS: EXHIBIT #1
FEE FOR FILE STAMP COPY
FROM DISTRICT CLERK

"RESPECTFULLY SUBMITTED"

Perry Smart

PG 1 OF 2

## CERTIFICATE OF SERVICE

I PERRY SMART HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING MEMORANDUM WAS SERVED ON ABEL ACOSTA, CLERK OF COURT OF CRIMINAL APPEALS OF TEXAS, P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711 BY DEPOSITING SAME IN THE UNITED STATES MAIL AT EASTHAM UNIT LOVELADY, TEXAS 75851 POSTAGE PREPAID ON SEPTEMBER 24, 2015

*Perry Smart*
2665 PRISON RD #1
LOVELADY, TEXAS
75851

EXHIBIT #1



## FELICIA PITRE
### DALLAS COUNTY DISTRICT CLERK

9/11/15

REQUESTS DESTROYED AFTER 60 DAYS

CAUSE NO. W1256097(A)

THE STATE OF TEXAS VS. RE: Perry Smart

( )  Record Search @ $5.00 per case/name/document     $____

(85)  Copies @ $1.00 per page     $ 85.00

( )  Exemplified copies @ $5.00 per document     $____

TOTAL $ 85.00

AMOUNT RECEIVED $ 0

BALANCE DUE $ 85.00

Upon receipt of proper fees, the copies will be mailed. We accept money orders, business checks and cashier's checks made payable to **FELICIA PITRE, DISTRICT CLERK.,** *PLEASE INCLUDE DRIVERS LICENSE NUMBER ON ALL PERSONAL CHECKS\*, CREDIT OR DEBIT CARDS ARE NOT ACCEPTABLE\* NO CASH!!! WE DO NOT ACCEPT TEMPORARY PERSONAL CHECKS.*

[ ]  The District Clerk's Office can prepare background searches on felony charges or convictions in Dallas County. The fee is $5.00 per name, per date of birth.

[ ]  We are returning your payment due to incorrect amount. Please note the balance due above.

[ ]  We cannot identify your request. Please send your cause number or complete name, alias names, date of birth and the charge.

[ ]  To request a copy of the Reporter's Record (Statement of Facts), please write to the address below, Attention: _____ at _____

Direct all correspondence to:
Felicia Pitre, District Clerk
Attention: Certified Copies
133 N. Riverfront Blvd LB 12
Dallas, Texas 75207

P. Johnson
Deputy District Clerk

## PLEASE RETURN THIS FORM WITH YOUR PAYMENT